JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER H. BERMAN, | Case No. CV 23-7703 FMO (BFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BANK OF AMERICA N.A., et al., | |
| Defendants. | |

Pursuant to the Order Re: Motions to Dismiss, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 2nd day of September, 2025.

/s/
Fernando M. Olguin
United States District Judge